IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Eduardo Perez, ) | Civil Action No. 4:24-CV-1618-JDA |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| Horry Georgetown Technical College, ) | |
| Defendant. ) | |

      The Court having been advised by counsel for the parties that the above action has been settled,

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

      IT IS SO ORDERED.

                                                    s/Jacquelyn D. Austin
                                                    JACQUELYN D. AUSTIN
                                                    UNITED STATES DISTRICT JUDGE

June 6, 2025
Greenville, South Carolina